IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAPHEAL MALIK AKBAR ARNOLD,

       Appellant,

 v.

                                   Case No.  5D22-827
                                   LT Case No. 2020-CF-000817-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jonah K Dickstein and Stacy
McNally, of Dickstein Law, Tampa,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.

WALLIS, SOUD and BOATWRIGHT, JJ., concur.